**Presentment Date: July 20, 2023 at 5:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FAIRFIELD SENTRY LIMITED, et al.,<br>           Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br>           Plaintiffs,<br>           v.<br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br>           Defendants. | Adv. Pro. No. 10-03636 (JPM) |

**JOINT NOTICE OF PRESENTMENT OF ORDER AMENDING CASE SCHEDULE**

**PLEASE TAKE NOTICE** that the Liquidators have met and conferred with the defendants listed in Table 1 below and agreed upon the amended schedule contained in the proposed order attached hereto as Exhibit 1 (the "Proposed Order"), which modifies the personal jurisdiction motion briefing schedule set forth in the Fifth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on May 25, 2023, Adv. Pro. No. 10-03636, ECF No. 1207 ("Fifth Amended Scheduling Order") with respect to the personal jurisdiction motions filed by the defendants listed in Table 1. The personal jurisdiction motion briefing schedule for the defendants listed in Table 2 below is not affected by the Proposed Order.

In accordance with Local Bankruptcy Rule 9074-1(d), which provides "if notice and a

hearing are not required, and a motion is not mandatory, the form set forth in subdivision (d)(3) of this rule may be used for the submission of orders to the Court," the undersigned will jointly present the Proposed Order to the Honorable John P. Mastando III, United States Bankruptcy Judge, for signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, NY 10004 on July 20, 2023 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the defendants in Table 1 below have agreed there shall be no objections, and the orders may accordingly be signed.

| TABLE 1: DEFENDANTS WHO CONSENT TO THE PROPOSED ORDER | |
|---|---|
| Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS)) | Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat-Bank AG Aktiengesellschaft AMS) |

| TABLE 2: DEFENDANTS NOT AFFECTED BY THE PROPOSED ORDER | |
|---|---|
| BCV AMC Defensive Alt Fund (acting through Gerifonds SA, as manager) (sued as BCV AMC Defensive AL Fund) | Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA) |
| Banque Cantonale Vaudoise | BNP Paribas (Suisse) SA (f/k/a BNP Paribas (Suisse) SA Private) |
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | Bank Julius Baer & Co. Ltd. |
| Banque Pictet & Cie SA (sued as Pictet & Cie) | Banque Lombard Odier & Cie S.A. (sued as Lombard Odier Darier Hentsch & Cie) |
| CBH Compagnie Bancaire Helvétique SA | Clariden Leu Ltd. |
| Coutts & Co. Ltd. (f/k/a RBS Coutts Bank Ltd.) | Credit Suisse AG (sued as Credit Suisse AG Zurich) |
| Dresdner Bank Schweiz  (now known as | Edmond de Rothschild (Suisse) S.A. (as |

2

| | |
|---|---|
| LGT Bank (Switzerland) Ltd.) | successor in interest to Sella Bank AG), Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), Edmond de Rothschild (Suisse) S.A. as successor in interest to Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. |
| EFG Bank AG (a/k/a EFG Bank SA and sued as EFG Bank SA Switzerland) | Fairfield Investment Fund Ltd. |
| Finter Bank Zurich n/k/a Bank Vontobel AG | Hapoalim (Switzerland) Ltd. |
| Harmony Capital Fund Ltd. | LGT Bank in Liechtenstein AG (now known as LGT Bank AG) |
| Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG | SIS Seeganintersettle |
| SIX SIS Ltd. | UBS AG |
| BSI AG; BSI AG as successor-in-interest to Banca del Gottardo (sued as BSI Ex Banca Del Gottardo) | NBK Banque Privee (Suisse) SA |
| BBVA (Suisse) SA | Vorarlberger Landes-Und Hypothekenbank AG (n/k/a Hypo Vorarlberg Bank AG) |
| EFG Bank (Monaco) S.A.M. f/k/a EFG Eurofinancier D'Investissements S.A.M. (sued as EFG Eurofinancier D'Invest MCL) | UBS Jersey Nominees |
| Bank Leumi le-Israel B.M. | |

3

Dated: July 20, 2023
       New York, New York

| */s/ David J. Molton* | */s/ Jascha D. Preuss* |
|---|---|
| **BROWN RUDNICK LLP** | **WUERSCH & GERING LLP** |
| David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, NY 10036<br>T: (212) 209-4800<br>dmolton@brownrudnick.com<br>mkrzyzowski@brownrudnick.com<br><br>*Attorneys for Plaintiffs Foreign Representatives* | Jascha D. Preuss<br>Gregory F. Hauser<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>T: (212) 509-5050<br>F: (212) 509-9559<br>gregory.hauser@wg-law.com<br>jascha.preuss@wg-law.com<br><br>*Attorneys for Defendants Verwaltungs- und Privat-Bank AG (now known as VP Bank AG, sued here as Verwaltungs und Privat- Bank AG Aktiengesellschaft AMS) and Centrum Bank AG (now part of VP Bank AG, sued here as Centrum Bank AG (AMS))* |