# Exhibit 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>            Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>            Plaintiffs,<br><br>            v.<br><br>ABN AMRO SCHWEIZ AG a/k/a AMRO (SWITZERLAND) AG, et al.,<br><br>            Defendants. | Adv. Pro. No. 10-03636 (JPM) |

## NINTH AMENDED SCHEDULING ORDER
## ON PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY

WHEREAS, on September 28, 2021, the Court entered a scheduling order for briefing motions to dismiss for lack of personal jurisdiction ("PJ Motions");

WHEREAS, on January 14, 2022, the Court amended that scheduling order to facilitate the parties' continued negotiations over jurisdictional discovery;

WHEREAS, the parties stipulated to the Second Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on August 2, 2022, at Adv. Pro. No. 10-03636, ECF No. 997 ("Second Amended Scheduling Order");

WHEREAS, the Second Amended Scheduling Order extended the Liquidators' deadline to file briefs in opposition to defendants' PJ Motions to March 31, 2023, which extension was to seek jurisdictional discovery needed to oppose defendants' PJ Motions;

WHEREAS, the parties stipulated to the Third Amended Scheduling Order on Personal

Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on March 30, 2022, at Adv. Pro. No. 10-03636, ECF No. 1112 ("Third Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for certain defendants;

  **WHEREAS**, the parties stipulated to the Fourth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on May 15, 2023, Adv. Pro. No. 10-03636, ECF No. 1199 ("Fourth Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for certain defendants;

  **WHEREAS**, the parties stipulated to the Fifth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on May 25, 2023, Adv. Pro. No. 10-03636, ECF No. 1207 ("Fifth Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for Centrum Bank AG (AMS) and Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS) by permitting the Liquidators to file their oppositions to these Defendants' PJ Motions by July 26, 2023, to allow the parties additional time to negotiate a potential settlement;

  **WHEREAS**, the parties stipulated to the Sixth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on June 8, 2023, Adv. Pro. No. 10-03636, ECF No. 1212 ("Sixth Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for certain defendants;

  **WHEREAS**, the parties stipulated to the Seventh Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on June 26, 2023, Adv. Pro. No. 10-03636, ECF No. 1218 ("Seventh Amended Scheduling Order"), which extension was to negotiate a potential settlement and extended the deadline for certain defendants to file a reply in support of its PJ motion to July 28, 2023;

**WHEREAS**, the parties stipulated to the Eighth Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court on July 13, 2023, Adv. Pro. No. 10-03636, ECF No. 1235 ("Eighth Amended Scheduling Order"), which extended the personal jurisdiction briefing schedule for certain defendants;

**WHEREAS**, the Liquidators do not seek extensions on PJ Motion opposition briefs relating to PJ Motions filed by defendants other than Centrum Bank AG (AMS) and Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS);

**WHEREAS,** Centrum Bank AG (AMS) and Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS), who joined the Liquidators in submitting the Notice of Presentment, consent to extend the deadline for the Liquidators to file opposition briefs to their PJ Motions from July 26, 2023 to August 25, 2023 in order to allow the parties to finalize their settlement negotiations;

**WHEREAS,** pursuant to the Second Amended Scheduling Order, defendants must file their replies in further support of their PJ Motions within 90 days of service of an opposition; and

**WHEREAS**, there is good cause to extend the case schedule accordingly;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1. The deadlines in the Fifth Amended Scheduling Order shall only be affected by this Ninth Amended Scheduling Order with respect to Centrum Bank AG (AMS) and Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS);

2. With respect to the Centrum Bank AG (AMS) and Verwaltungs UND Privat-Bank AG Aktiengesellschaft (AMS), the Liquidators shall file their oppositions to these defendants' PJ Motions by **August 25, 2023**;

3. Centrum Bank AG (AMS) and Verwaltungs UND Privat-Bank AG

3

Aktiengesellschaft (AMS) shall each file their reply in further support of their PJ Motion within 90 days of service of the opposition with respect to their PJ Motion;

4. The Court shall hear argument with respect to each defendant's PJ Motion at the next omnibus conference that is at least 30 days after service of a reply in further support of such PJ Motion; and

5. To the extent not modified herein, the provisions of the September 28, 2021 scheduling order regarding the PJ Motions, the provisions of the October 25, 2021 scheduling order following the parties' Rule 26(f) conference, the provisions of the August 2, 2022 Second Amended Scheduling Order, the provisions of the March 30, 2023 Third Amended Scheduling Order, the provisions of the May 15, 2023 Fourth Amended Scheduling Order, the provisions of the May 25, 2023 Fifth Amended Scheduling Order, the provisions of the June 8, 2023 Sixth Amended Scheduling Order, the provisions of the June 26, 2023 Seventh Amended Scheduling Order, and the provisions of the July 13, 2023 Eighth Amended Scheduling Order remain in full force and effect.