UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited, *et al.*,<br><br>　　　　Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| Fairfield Sentry in Limited (In Liquidation), *et al.*<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>Theodoor GGC Amsterdam, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-03496 (JPM)<br><br>Administratively Consolidated |
| This Notice is related to the following Adversary Proceeding:<br><br>10-03636 | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned adversary proceeding as counsel to BBVA (Suisse) S.A., and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

Elischke de Villiers
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY  10022
T: (212) 284-4953
E: elischke.devilliers@freshfields.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceeding, all of which are hereby expressly reserved.

Dated:  July 20, 2023
        New York, New York

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  */s/ Elischke de Villiers*
     Elischke de Villiers
     Freshfields Bruckhaus Deringer US LLP
     601 Lexington Avenue, 31st Floor
     New York, NY 10022
     T: (212) 284-4953
     E: elischke.devilliers@freshfields.com

     *Attorney for BBVA (Suisse) S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2023, I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, Southern District of New York, by ECF and thereby caused a copy of same to be served by e-mail upon all parties and/or counsel of record by operation of the Court's electronic filing system.

Dated: July 20, 2023  By: */s/ Elischke de Villiers*
New York, New York  Elischke de Villiers